```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA FELTIS,             )<br>                            )<br>         Plaintiff,         )<br>                            )<br>    v.                      )<br>                            )<br>COMMISSIONER OF             )<br>SOCIAL SECURITY,            )<br>                            )<br>         Defendant.         )<br>_____ ) | Case No. CIV-2:11-cv-00723 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's first request for an extension of time in this matter.

                                   Respectfully submitted,

Dated: December 14, 2011          */s/ Bess M. Brewer*
                                   (as authorized via e-mail)
                                   BESS M. BREWER
                                   Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 14, 2011 | By *s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The stipulation of the parties is HEREBY APPROVED.  Defendant shall have until January 13, 2012, to file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: December 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE