BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA FELTIS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | Case No. CIV-2:11-cv-00723 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.

                                            Respectfully submitted,

Dated: December 14, 2011             */s/ Bess M. Brewer*
                                             (as authorized via e-mail)
                                           BESS M. BREWER
                                           Attorney for Plaintiff

```
                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: December 14, 2011                By s/ Elizabeth Barry
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant
```

ORDER

The stipulation of the parties is HEREBY APPROVED. Defendant shall have until January 13, 2012, to file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: December 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE