BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

SANDRA FELTIS,

        Plaintiff,

     v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No.  CIV-2:11-cv-00723 KJN

STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until February 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

     This is Defendant's second request for an extension of time in this matter.

                   Respectfully submitted,

Dated: January 12, 2012        */s/ Bess M. Brewer*
                   (as authorized via e-mail)
                   BESS M. BREWER
                   Attorney for Plaintiff

1                                    BENJAMIN WAGNER
                                     United States Attorney

Dated: January 12, 2012          By *s/ Elizabeth Barry*
                                     ELIZABETH BARRY
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

## ORDER

       The stipulation of the parties is HEREBY APPROVED.  Defendant shall have until February 13, 2012, to file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment.  The court's scheduling order is modified accordingly.

       IT IS SO ORDERED.

DATED:  January 17, 2012

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE