1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA FELTIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____ | Case No. CIV-2:11-cv-00723 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until February 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's second request for an extension of time in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 12, 2012　　　　　　*/s/ Bess M. Brewer*
　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　BESS M. BREWER
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: January 12, 2012 | By *s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

### ORDER

The stipulation of the parties is HEREBY APPROVED.  Defendant shall have until February 13, 2012, to file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: January 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2